

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-11-2014

# New Vista Nursing and Rehabili v. NLRB

Precedential or Non-Precedential: Precedential

Docket No. 12-1936

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"New Vista Nursing and Rehabili v. NLRB" (2014). *2014 Decisions.* Paper 824.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/824

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

## Nos. 11-3440/12-1027/12-1936


NATIONAL LABOR RELATIONS BOARD,
Petitioner


1199 SEIU UNITED HEALTHCARE WORKERS EAST, N.J. REGION,
Intervenor

v.

NEW VISTA NURSING AND REHABILITATION,
Respondent


## SUR PETITION FOR PANEL REHEARING
_____

Before:  SMITH, GREENAWAY, Jr., and VAN ANTWERPEN, *Circuit Judges*
_____

AND NOW, upon consideration of the petition for rehearing, the supplement to the petition, and the answer filed by New Vista, it is hereby ORDERED that the NLRB's petition for rehearing before the original panel is GRANTED.

By the Court,

s/ D. Brooks Smith
Circuit Judge


Dated: August 11, 2014
Tmk/cc: all counsel of record